# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Humberto Longoria Moreno, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00028-MR |
| | ) | 2:10-cr-00014-MR-DLH |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| | ) | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2015 Order.

January 20, 2015

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court